IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02800-RPM

HANSON COLORADO FARMS,

    Plaintiff,
v.

FEDERAL CROP INSURANCE CORPORATION,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal Without Prejudice [3] filed today, it is

ORDERED that this case is dismissed without prejudice.

DATED: November 23rd, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge